

# NUMBER 13-20-00516-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SAMUEL E. BENSON, III,                                                    Appellant,

v.

FIESTA NISSAN INC.,                                                    Appellee.

### On appeal from the 398th District Court
### of Hidalgo County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's motion for rehearing. This Court previously issued a memorandum opinion dismissing Cause No. 13-20-00516-CV on July 1, 2021. The Court, having fully examined and considered appellant's motion, is of the opinion that, in the interest of justice, it should be granted. Accordingly, we grant appellant's motion for rehearing and set aside the dismissal for want of jurisdiction, and

we withdraw our previous memorandum opinion and judgment. Said cause remains pending before the Court.

PER CURIAM

Delivered and filed on the
9th day of September, 2021.